**NACMIAS LAW FIRM PLLC**

940 ATLANTIC AVE. 1ST FLOOR
BROOKLYN, NY 11238
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

August 30, 2022

Hon. Ronnie Abrams
United Stated District Judge
United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007
(212) 805-0284

Re:   VOLMAN v. RAJ MAHAL REST. INC. d/b/a RAJ MAHAL and
      320-326 RO VILLAGE REALTY LLC
      **DOCKET NO. 1:22-cv-03740-RA**

Dear Judge Abrams,

The undersigned represents Josef Volman, the plaintiff in the above-referenced matter. I write pursuant to Section 4.C of Your Honor's Individual Rules & Practices in Civil Cases and in response to the motion to dismiss filed by the Defendants Raj Mahal Rest. Inc. and 320-326 RO Village Realty LLC (ECF. 17)

Plaintiff intends on opposing the motion to dismiss while relying on our existing complaint. The undersigned respectfully request an additional 30-days to oppose the defendant's motion.

Thank you for your time and consideration on this matter.

Respectfully,

/s/ Andre Autz, Esq.

Andre Autz, Esq.
Nacmias Law Firm, PLLC
940 Atlantic Avenue, 1st Floor
Brooklyn, NY 11238
andreautzesq@gmail.com
917-602-6057